Pujols v Pros on the Move, LLC (2024 NY Slip Op 00393)

Pujols v Pros on the Move, LLC

2024 NY Slip Op 00393

Decided on January 30, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 30, 2024

Before: Webber, J.P., Friedman, González, Shulman, Pitt-Burke, JJ. 

Index No. 29855/20 Appeal No. 1540 Case No. 2023-01937 

[*1]Rosalina Pujols, Plaintiff-Respondent,
v
Pros on the Move, LLC, Defendant-Respondent, John Doe, Defendant, Noel Ramirez et al., Defendants-Appellants.

The Zweig Law Firm, P.C., Woodmere (Daniel Rifkin of counsel), for appellants.

Order, Supreme Court, Bronx County (Ben R. Barbato, J.), entered March 22, 2023, which, to the extent appealed from, denied defendants Noel Ramirez and Bronx Auto Leasing, Inc.'s motion for summary judgment dismissing the complaint and all cross-claims against them, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.
Defendants Ramirez and Bronx Auto Leasing were entitled to summary judgment dismissing the complaint and cross-claims against them as plaintiff's unrefuted testimony that the taxi owned by defendant Bronx Auto Leasing, Inc. and operated by defendant Noel Ramirez, in which she was a passenger, was rear-ended after it had come to a complete stop, established defendants' lack of negligence (see Vehicle and Traffic Law § 1129(a); Agramonte v City of New York , 288 AD2d 75, 76 [1st Dept 2001]; Johnson v Phillips , 261 AD2d 269, 271 [1st Dept 1999]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 30, 2024